O
JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERSES MEGUERDITCHIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN; AETNA LIFE INSURANCE COMPANY; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00913-ODW(JC)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation, this case shall be **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 47.) Each party will bear its own costs and attorneys' fees in connection with this action. (*Id.*) The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

November 15, 2018

                                  _____
                                  HON. OTIS D. WRIGHT, II
                                  UNITED STATES DISTRICT JUDGE